[No. 36969-9-II.  Division Two.  June 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAMES
HIBBERD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 04-1-01380-9, James J. Stonier, J., entered
October 11, 2007. *Reversed* by unpublished opinion per
Van Deren, C.J., concurred in by Quinn-Brintnall and
Penoyar, JJ.

[No. 37090-5-II.  Division Two.  June 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DOMINICK SERGIO
MALDONADO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 05-1-05774-4, Linda CJ Lee, J., entered No-
vember 2, 2007. *Affirmed* by unpublished opinion per
Penoyar, J., concurred in by Van Deren, C.J., and Quinn-
Brintnall, J.

[No. 37099-9-II.  Division Two.  June 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM LEE
FEDDERSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 06-1-02203-5, Brian M. Tollefson, J., entered
December 6, 2007. *Affirmed in part* and *remanded* by
unpublished opinion per Bridgewater, J., concurred in by
Armstrong and Hunt, JJ.

[No. 37107-3-II.  Division Two.  June 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD M.
VAUGHN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 06-1-02251-5, Frank E. Cuthbertson, J., en-
tered December 10, 2007. *Affirmed* by unpublished opinion
per Penoyar, J., concurred in by Van Deren, C.J., and
Quinn-Brintnall, J.